

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

Nos. 06-22-00002-CR &
06-22-00003-CR

_____

SHANE HARLEY ESSARY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court Nos. CR-20-27823 & CR-20-27902

Before Morriss, C.J., Stevens and Carter,* JJ.

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

ORDER

Appellant Shane Harley Essary appeals from his convictions of two counts of aggravated assault on a public servant. On February 8, 2022, Essary's court-appointed appellate counsel filed an *Anders*[1] brief in his two companion appeals, and on March 7, 2022, Essary filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Essary's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are now required to enter an order specifying the procedure to be followed to ensure Essary's access to that record.

Essary's appointed counsel informed this Court that she mailed a paper copy of the appellate record to Essary on March 7, 2022. On March 9, this Court forwarded a copy of the digitally recorded exhibit that was a part of Essary's appellate record to prison officials at the Texas Department of Criminal Justice's Beto Unit and, by copy of this order, request that those officials afford Essary a means of reviewing that exhibit. Allowing fifteen days from the date of this order for the record to be delivered to Essary and for him to review the digitally recorded exhibit that is part of that record and giving Essary thirty days to prepare his pro se response, we hereby set April 25, 2022, as the deadline for Essary to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        March 9, 2022

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).